IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH D. HARRISON                                                                 PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:23-cv-479-HTW-LGI

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                                        DEFENDANT

## NOTICE OF REMOVAL

Defendant, State Farm Mutual Automobile Insurance Company, by and through counsel, presents this Notice of Removal of the cause described below from the Circuit Court of Lamar County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, pursuant to 28 U.S.C. §§1332, 1441, and 1446, and states as follows:

### I. JURISDICTION AND VENUE

1. This civil action was originally commenced by Plaintiff in the Circuit Court of Lamar County, Mississippi, and proceeded in that Court under cause number 37:23-CV-082.

2. This Court has jurisdiction over this matter, and this matter is properly removed to this Court, pursuant to 28 U.S.C. §§1332, 1441 and 1446.

### II. DIVERSITY OF CITIZENSHIP JURISDICTION

3. This action is properly removed to this Court pursuant to 28 U.S.C. §§1332 and 1441, since the parties to this matter as to the claims against Defendant are of entirely diverse citizenship, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### III. PARTIES

4. According to the allegations of the Plaintiff's Complaint, Plaintiff, at the time of

the filing of the Complaint, was an adult resident citizen of Mississippi. (See Complaint, Exhibit "A", paragraph 1).

6. Defendant is a foreign insurance corporation incorporated in the State of Illinois and with its principal place of business located in the State of Illinois and is licensed to do business within the State of Mississippi.

## IV. AMOUNT IN CONTROVERSY

7. The amount in controversy exceeds $75,000, exclusive of interest and costs. This case arises out of an automobile accident that occurred on June 21, 2022, on Oloh Road in Lamar County, Mississippi, involving a vehicle driven by Plaintiff and a vehicle driven by Joseph A. Wild. In his Complaint, Plaintiff seeks the applicable limit of uninsured motorist coverage under certain policies Plaintiff had in effect at the time of the accident which Defendant understands to be $100,000. According to the allegations of the Plaintiff's Complaint, the Plaintiff is seeking damages for past, present and future medical expenses, physical pain and suffering, mental distress and anguish, loss of enjoyment of life, and loss of wages or wage-earning capacity; loss of household services; property damage; and disfigurement and impairment. See Complaint attached hereto as Exhibit "A".

8. Accordingly, this civil action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, since it is a civil action between citizens of different states with the amount in controversy in excess of $75,000.00, exclusive of costs and interest, and this action is hereby removed to this Court pursuant to 28 U.S.C. § 1441.

## V. CONCLUSION

9. A copy of all process, pleadings and orders previously filed in the Circuit Court

of Lamar County, Mississippi, is attached hereto as Exhibit "B" to this pleading.

11.     Pursuant to 28 U.S.C.§ 1446 a copy of this Notice of Removal is being provided to the Clerk of the Circuit Court of Lamar County, Mississippi, and written notice of the filing of this Notice of Removal is being given directly to all parties or through their counsel of record.

12.     Pursuant to this removal and the clear provisions of 28 U.S.C. § 1446, there should be no further proceedings in the Circuit Court of Lamar County, Mississippi.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Defendant respectfully requests this Court to properly assume full jurisdiction over the Plaintiff's claims against it.

This the 24th day of July, 2023.

                    Respectfully submitted,

                    **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

                    BY:   *William H. Creel, Jr.*
                            WILLIAM H. CREEL, JR. (MSB #8673)

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Drive
P. O. Box 750
Jackson, MS 39205-0750
Telephone: (601) 969-1010
Fax: (601) 969-5120
bcreel@curriejohnson.com

3

## **CERTIFICATE OF SERVICE**

  I, William H. Creel, Jr., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system for provision of notification and a copy of the referenced document to all counsel of record in this cause.

  THIS, the 24th day of July, 2023.

                *William H. Creel, Jr.*
                WILLIAM H. CREEL, JR.